By the
 
 Covet.
 

 All questions of law presented by the allegations designated one,- two and three above were decided in the
 
 per curiam
 
 opinion promulgated by this court when overruling the demurrers.
 

 Neither the issue of reasonableness of water rates nor the issue of unjust discrimination is pleaded by the allegations designated “(4),” or submitted by argument of counsel for respondent.
 

 No questions are before the court in addition to those
 
 *392
 
 presented by tbe demurrers, and therefore the writs of mandamus will be issued.
 

 Writs allowed.
 

 Turner, Williams, Zimmerman and Bettman, JJ., concur.
 

 Weygandt, C. J., and Hart, J., dissent.
 

 Matthias, J., not participating.